260 F.3d 1106 (9th Cir. 2001)
 AMANDA J., A Minor, By and Through Her Guardian Ad Litem, ANNETTE J., Plaintiff-Appellant,
v.
CLARK COUNTY SCHOOL DISTRICT, and NEVADA STATE DEPARTMENT OF EDUCATION, Defendants-Appellees.
 No. 99-17157
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted March 13, 2001
California Filed August 13, 2001
Amended September 25, 2001
 
 1
 NOTE: SEE AMENDED OPINION of Sept. 25, 2001, AT 267 F.3d 877